STATE, Respondent, v. WARD, Appellant.

(155 N. W. 185.)

(File No. 3747.   Opinion filed December 18, 1915.)

**Criminal Law—Contributing to Delinquency of Minor—Complaint by Private Person—Statute—Concession of Error by State— Reversal.**

Where defendant was convicted of the crime of contributory delinquency committed upon a minor child, under a complaint charging that defendant did "willfully, unlawfully and feloniously, contribute to the delinquency of . . . . . . . . . . . . . , a child of the age of 14 years, contrary to the form of the statute," which complaint was filed by a private person, and not by the state's attorney, or a probation officer as required by Laws 1909, Ch. 275, Sec. 7, and upon appeal to the Supreme Court upon assignments of error that the trial court was without jurisdiction because the complaint was so signed, and because it fails to state a public offense under the Constitution and laws, and the attorney · general filed a statement that he was convinced that the assignments of error were well taken, the judgment will be reversed.

Appeal from Circuit Court, Brown County.   Hon. Thos. L. Bouck, Judge.

The defendant, Alfred Ward, was indicted with others, for contributing to the delinquency of a minor, was convicted, and appeals. Reversed.

*Crofoot and Ryan,* and *Gardner and Churchill,* for Appellant.

*Clarence C. Caldwell,* Attorney General, for the State.

Appellant cited:

Laws 1909, Ch. 275, Sec. 7; Pol. Code, Sec. 676; Const. Art. 6, Sec. 10; Sec. 3, Code Crim, Proc.; Secs. 3, 207, 211, Code Crim. Proc.; Ex Parte Corliss (N. D.), 114 N. W. 963; State v. Brown (Kans.) 65 Pac. 213; Const. of U. S., 5th Amendment, and 14th Amendment, Sec. 1; State v. Shortwell (Mo.) 5 S. W. 691.

McCOY, P. J.   On the 27th of June, 1914, a written complaint was made and filed in the county court of Brown county by one McNutt, a private person, charging appellant Alfred Ward

with the crime of contributory delinquency, committed as follows:

That at the said time and place the said Alfred Ward * * * did willfully, unlawfully, and feloniously, contribute to the delinquency of Ethel Shevlin, a child of the age of 14 years, contrary to the form of the statute in such case made and provided.

On trial for said charge in the county court the appellant, Ward, was convicted, and an appeal being taken to the circuit court, he was again convicted, and from such conviction he has appealed to this court, assigning as error that the trial court was without jurisdiction to try said cause for the reason: First, that the complaint was signed by a private person, and not by the state's attorney, or a probation officer as required by section 7 of chapter 275 of the session laws of 1909; and, second, that the complaint upon which defendant was convicted does not state facts sufficient to constitute a public offense as required by the Constitution and laws of this state. The Attorney General has filed no brief, but has filed a statement to the effect that he is convinced, after careful consideration of the above assignments of error, that the same are well taken, and that the conviction of appellant cannot be sustained.

The judgment appealed from is therefore reversed.